NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT


ROBERT E. DALY and                )
BRIDGET MCNEFF-DALY,              )
                                  )
          Appellants,             )
                                  )
v.                                )          Case No. 2D17-3577
                                  )
PHH MORTGAGE CORPORATION,         )
                                  )
          Appellee.               )
_____)

Opinion filed June 12, 2019.

Appeal from the Circuit Court for
Hillsborough County; Mark D. Kiser,
Judge.

Mark P. Stopa of Stopa Law Firm,
Tampa (withdrew after briefing), for
Appellant.

Robert E. Daly and Bridget McNeff-Daly,
pro se.

Adam J. Knight and Jacqueline Simms
Petredis of Burr & Forman LLP, Tampa,
for Appellee.


PER CURIAM.

          Affirmed.

LaROSE, C.J., and SILBERMAN and ATKINSON, JJ., Concur.